IN RE: McCormick, Roosevelt;—Plaintiff(s); Applying for Supervisory and/or Remedial Writs; Parish of St. Charles 29th Judicial District Court Div. “E” Number 78-264; to the Court of Appeal, Fifth Circuit, Number 98-KH-1309
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172; cf. La.C.Cr.P. art. 930.4(D).
KIMBALL, J., not on panel.